NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANALOG DEVICES, INC.,**
*Appellant*

**v.**

**XILINX ASIA PACIFIC PTE. LTD., XILINX, INC.,**
*Appellees*

---

2022-1538

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01336.

-------------------------------------------------

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

**v.**

**ANALOG DEVICES, INC.,**
*Appellee*

---

2022-1597

---

2                                    XILINX, INC. v. ANALOG DEVICES, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01336.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of Analog Devices, Inc.'s unopposed motion to voluntarily dismiss its Appeal No. 2022-1538,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2022-1538 is dismissed.  The revised official caption and short caption for the remaining appeal, Appeal No. 2022-1597, are reflected in this order.

(2) Each side shall bear its own costs in Appeal No. 2022-1538.

(3) Xilinx, Inc. and Xilinx Asia Pacific Pte. Ltd.'s opening brief in Appeal No. 2022-1597 is due within 60 days of the date of service of the certified list.

FOR THE COURT

April 19, 2022                    /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                   Clerk of Court


ISSUED AS A MANDATE (as to 2022-1538 only):
April 19, 2022